UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ROBERTS,

    Plaintiff,

v.

SALINAS VALLEY STATE PRISON,

    Defendant.

Case No. 25-cv-02422 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Salinas Valley State Prison. Dkt. No. 1.[1] On August 5, 2025, the Court dismissed the complaint with leave to amend and granted Plaintiff's motion for leave to proceed *in forma pauperis*. Dkt. Nos. 8, 9. On August 15, 2025, mailed sent to Plaintiff was returned as undeliverable, with "CHCF" noted on the envelope. Dkt. No. 10 at 1. The Court waited for Plaintiff to file a notice of change of address, but he failed to do so. In the interest of justice, the Court ordered the Clerk to update the docket and serve the last court order on Plaintiff at CHCF on October 3, 2025; Plaintiff was granted an extension of time to respond and warned that failure to do so would result in the dismissal of this action for

---

[1] This matter was reassigned to the undersigned on April 16, 2025. Dkt. No. 7.

failure to file an amended complaint in the time provided.  Dkt. No. 11.

The deadline has long since passed, and Plaintiff has failed to file an amended complaint in the time provided nor has had any further communication with the Court. Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: November 13, 2025

_____
BETH LABSON FREEMAN
United States District Judge